FILED

03/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0461

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0461

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                                         O R D E R

MELISSA ANN TRAINER,

     Defendant and Appellant.

_____

On March 30, 2022, Counsel for Appellant filed a motion for extension to respond to Appellee's motion to dismiss. The Court notes that the response was due March 22, 2022.

IT IS ORDERED that Appellant has until April 21, 2022, to file her response to the motion to dismiss.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2022